D.I. # _____

# CIVIL ACTION NUMBER: 08CV117 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

Postmark Here
APR 8
RODNEY SQ

08-117 Gms

Sent To: LOREN MEYERS DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: DEPARTMENT OF JUSTICE 820 N. FRENCH STREET
City, State, ZIP+4: WILMINGTON, DE 19801

7007 3020 0002 3321 7609

PS Form 3800, August 2006          See Reverse for Instructions