D.I. # _____

# CIVIL ACTION
# NUMBER:  08 cv 117 GMS

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.60 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.40 |

APR 8 Postmark Here
RODNEY SQ

08-117-GMS

Sent To: WARDEN PERRY PHELPS
Street, Apt. No., or PO Box No.: DELAWARE CORRECTIONAL CENTER
City, State, ZIP+4: 1181 PADDOCK ROAD
SMYRNA DE 19977

7007 3020 0002 3321 7616

PS Form 3800, August 2006      See Reverse for Instructions