Scanned



FILED
APR 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

United States District Court
For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

SS

Civil Action No. 08 CV 117-GMS

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN PERRY PHELPS
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK ROAD
   SMYRNA DE 19977

   08-117 GMS

2. Article Number
   (Transfer from service label)   7007 3020 0002 33__ 76__

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   L. M. Merson                  4/9/08

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540