**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CLARENCE EDWARDS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-117-GMS |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that copies of the following of the Delaware Superior Court documents have been filed and are available in paper form only.

     a.  Uncertified Copy of Criminal Docket Sheet in ID. No. 0504022745

     b.  Certified Copy of Indictment

     c.  Certified Copy of Motion for Postconviction Relief

     d.  Certified Copy of Affidavit of Counsel

     e.  Certified Copy of Movant's Reply to State's Response

     f.  Certified Copy of Commissioner's Report and Recommendations

g. Certified Copy of Superior Court Order Denying Motion.

/s/Kevin M. Carroll
Kevin M. Carroll
Deputy Attorney General
Department of Justice
 (302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Dated:  July 17, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed the attached

documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 17,

2008, I have mailed by United States Postal Service, the same documents to the following

non-registered participant:

Clarence Edwards
SBI# 158551
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/Kevin M. Carroll
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4836
Kevin.Carroll@state.de.us

Date:  July 17, 2008