IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CLARENCE EDWARDS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ.Act.No. 08-117-GMS |
| | ) | |
| **PERRY PHELPS**, Warden | ) | |
| and **JOSEPH R. BIDEN, III**, Attorney | ) | |
| General for the State of Delaware | ) | |
| | ) | |
| Respondents. | ) | |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that copies of the following of the Delaware Supreme Court documents in *Clarence H. Edwards v. State of Delaware,* No. 445, 2007 (Del. Supr.) have been filed and are available in paper form only:

    a.  Appellant's Opening Brief and Appendix;

    b.  State's Motion to Affirm;

    c.  Order (December 17, 2007).

>   /s/Kevin M. Carroll
>   Kevin M. Carroll
>   Deputy Attorney General
>   Department of Justice
>   (302) 577-8500
>   Del. Bar. ID No. 4836
>   Kevin.Carroll@state.de.us

Dated: July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the attached documents with the Clerk of Court using CM/ECF. I also hereby certify that on July 24, 2008, I have mailed by United States Postal Service, the same documents to the following non-registered participant:

>Clarence Edwards
>SBI# 158551
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977

>/s/Kevin M. Carroll
>Deputy Attorney General
>Department of Justice
>820 N. French Street
>Wilmington, DE 19801
>(302) 577-8500
>Del. Bar. ID No. 4836
>Kevin.Carroll@state.de.us

Date:  July 24, 2008